

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2015

No. 04-14-00716-CR

Francisco Javier **AZUARA, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRM-000389-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Amended Brief is hereby GRANTED.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2015.


_Keith E. Hottle_
Keith E. Hottle
Clerk of Court